THE SMITH & GRIGGS MANUFACTURING COMPANY, Appellant, v. HOLLINGS-SMITH COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements, on the authority of *Public National Bank* v. *National City Bank* (261 N. Y. 316); *Palmison* v. *First National Bank & Trust Company of Tuckahoe, N. Y.* (234 App. Div. 797); *National Bank of Ridgewood in New York* v. *American Surety Company of New York* (239 id. 853); and *Gramatan National Bank & Trust Company of Bronxville* v. *Sagamore Apartments, Inc.* (241 id. 829, 840). The examination will proceed on five days' notice. Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ., concur.

LOUIS TESENHAUS, Respondent, v. NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY and Another, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ.

HAZEL THATCHER, Appellant, v. WILLIAM E. KITZING, Respondent.— Order reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Defendant moved for a change of venue from Rockland county to Monroe county on the ground of convenience of witnesses. Such relief, to which the defendant is not entitled as a matter of right, should be denied where the motion was not made for more than fourteen months after issue was joined. (*Ferm* v. *N. Y., O. & W. Ry. Co.*, 112 App. Div. 920; *Assets Collecting Co.* v. *Equitable Trust Co.*, 168 id. 145; *Becker* v. *Town of Cherry Creek*, 77 Hun, 11; *Hoffman* v. *Sparling*, 12 id. 83; *Case* v. *Baldwin*, 236 App. Div. 771.) Young, Hagarty, Carswell, Scudder and Davis, JJ., concur.

JULIA TROLL and Another, Appellants, v. DAVID ZIPKIN and Others, Respondents, Impleaded with HENRIETTA COHN and Others, Defendants — Order denying motion for a preference affirmed, without costs. No opinion. Young, Hagarty, Carswell, Scudder and Davis, JJ., concur.

G. WEISS SONS, INC., Respondent, v. EDWARD HESSE and Others, Defendants, Impleaded with HARRY KATZENSTEIN and Another, Appellants.— Order denying defendants motion to compel plaintiff to state separately and number his causes of action and to set forth therein but one of the causes of action alleged therein, reversed on the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, the amended complaint to be served within twenty days from service of the order to be made herein, with notice of entry thereof. In our opinion *Green* v. *Davies* (182 N. Y. 499) is controlling and the complaint improperly joins a cause of action for slander, one for malicious prosecution and another for interference with plaintiff's contractual rights. Under section 258 of the Civil Practice Act, plaintiff may not join an action for slander with one for malicious prosecution, the alleged causes not having arisen out of the same transaction. The cause of action for interference with contractual obligations may be joined in the same complaint with the cause of action for slander. Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur.